JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SOCRATES GUTIERREZ GONZALEZ,

Petitioner,

v.

WARDEN, ADELANTO DETENTION FACILITY, *et al.*,

Respondents.

Case No. 5:26-cv-01287-SSS-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the July 30, 2026 Report and Recommendation of United States Magistrate Judge. (Dkt. 20.)

DATED: August 19, 2026

HON. SUNSHINE SUZANNE SYKES
United States District Judge